ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DIGITAL RECOGNITION NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ACCURATE ADJUSTMENTS, INC.; COASTLINE RECOVERY SERVICES, INC.; AFTER HOURS AUTO RECOVERY; and SOLID SOLUTIONS 24/7, INC., <br><br> Defendants. | Civil Action No. 4:14-CV-00903-A |

### DIGITAL RECOGNITION NETWORK, INC.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Digital Recognition Network, Inc. moves for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on (1) Defendants' liability for breach of contract, (2) Defendants' counterclaims, and (3) Plaintiff's affirmative defenses of novation, accord and satisfaction, limitations as to Defendants' Deceptive Trade Practices Act claim, and the contractual limitation of liability provision in the licensing agreements executed by Defendants. Each of the required matters set forth in Local Rule 56.3(a) of the United States District Court for the Northern District of Texas will be set forth in Digital Recognition Network, Inc.'s Brief in Support of Its Motion for Partial Summary Judgment.

Respectfully submitted,

By: _____
**Cole B. Ramey**
State Bar No. 16494980
**W. Alan Wright**
State Bar No. 22062700

**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7100
Facsimile: (214) 922-7101
E-mail:  cramey@kilpatricktownsend.com
         alan.wright@kilpatricktownsend.com

- and -

Douglas R. Hudman
State Bar No. 10149860
Matthew R. Hudman
State Bar No. 24041143
**HOLLAND, JOHNS & PENNY, LLP**
306 W. 7th Street, Suite 500
Ft. Worth, Texas 76102
Telephone: (817) 335-1050
Facsimile: (817) 332-3140
E-mail:  drh@hjpllp.com

**ATTORNEYS FOR PLAINTIFF
DIGITAL RECOGNITION NETWORK, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of January, 2016, a true and correct copy of the foregoing document was forwarded to the following counsel of record via certified mail, return receipt requested, and PDF/e-mail.

Peter M. Spingola
Sara Siegall
CHAPMAN SPINGOLA, LLP
190 South LaSalle Street, Ste. 3850
Chicago, Illinois 60603
pspingola@chapmanspingola.com
ssiegall@chapmanspingola.com

Gina Viccinelli
HERMES LAW, P.C.
2001 N. Lamar Street, Suite 450
Dallas, Texas 75202
Gina@Hermes-Law.com

_/s/ W. Alan Wright_
W. Alan Wright