IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:14-CV-403-A

No. 16-10268

DIGITAL RECOGNITION NETWORK, INCORPORATED,

    Plaintiff - Appellee

v.

ACCURATE ADJUSTMENTS, INCORPORATED; COASTLINE RECOVERY SERVICES, INCORPORATED; AFTER HOURS AUTO RECOVERY, INCORPORATED; SOLID SOLUTIONS 24/7, INCORPORATED,

    Defendants - Appellants

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of April 11, 2016, pursuant to appellant's motion.

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                      Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Certified as a true copy and issued as the mandate on Apr 11, 2016
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit



# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK



TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 11, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 16-10268    Digital Recognition Network v. Accurate
                              Adjustments, Inc., et al
                              USDC No. 4:14-CV-903

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc w/encl:
    Mr. John Hardage
    Mr. Douglas R. Hudman
    Mr. Cole B. Ramey
    Mr. Gino J. Rossini
    Mr. William Alan Wright